**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KELVIN ELY BUSH, II,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.: 24-00484-KD-B** |
| | ) | |
| **HEATH JACKSON,** ***et al.*****,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 13, 2026 (Doc. 39) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Heath Jackson and Richard Hetrick, and that Plaintiff Kelvin Ely Bush, II's action is **DISMISSED with prejudice** in its entirety.

**DONE** and **ORDERED** this 3rd day of September 2026.

**s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**